NO. 29482

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

**Electronically Filed**
**Supreme Court**
**29482**
**04-OCT-2010**
**09:01 AM**

RODNEY MALCOLM FELTS, Petitioner/Plaintiff-Appellant,

vs.

CANDIDA ABRIL FELTS, Respondent/Defendant-Appellee.

---

_____CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(FCD NO. 06-1-0242K)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., for the court[1])

Petitioner/Plaintiff-Appellant Rodney Malcolm Felts's

application for writ of certiorari filed on August 18, 2010, is

hereby rejected.

DATED: Honolulu, Hawai'i, October 4, 2010.

FOR THE COURT:

*Mark E. Recktenwald*

Chief Justice

John S. Carroll
on the application for
petitioner/plaintiff-
appellant.

---

[1] Considered by: Recktenwald, C.J., Nakayama, Acoba, and Duffy, JJ., and Circuit Judge Ayabe in place of Moon, C.J., recused and retired.